**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Michael ROBINSON, Defendant–**
**Appellant.**

**No. 08–10533**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Dec. 19, 2008.

Randolph P. Murrell, Federal Public Defender, Tallahassee, FL, for Defendant–Appellant.

Terry Flynn, U.S. Attorney's Office, E. Bryan Wilson, Tallahassee, FL, for Plaintiff–Appellee.

Before TJOFLAT, CARNES and WILSON, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Michael Robinson, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent review of the entire record reveals no arguably meritorious issues, counsel's motion to withdraw is **GRANTED,** and Rob-inson's convictions and sentence are **AFFIRMED.**